No. 04–10630. IN RE GLAGOLA, *ante*, p. 809;

No. 04–10753. LEBAR *v.* MONROE COUNTY CHILDREN AND YOUTH SERVICES ET AL., *ante*, p. 869;

No. 05–403. YEE *v.* SHIAWASSEE COUNTY, MICHIGAN, ET AL., *ante*, p. 1034;

No. 05–429. BROWN *v.* AAMES CAPITAL CORP. ET AL., *ante*, p. 1061;

No. 05–5207. JACKMAN *v.* UNITED STATES, *ante*, p. 889;

No. 05–5490. JONES *v.* UNITED STATES, *ante*, p. 906;

No. 05–6510. BENAVIDES *v.* MCGRATH, WARDEN, *ante*, p. 1006;

No. 05–6695. MASIARCZYK *v.* JOHNSON ET AL., *ante*, p. 1041;

No. 05–6740. GANT *v.* UNITED STATES, *ante*, p. 1043;

No. 05–7178. JONES *v.* SOUTH CAROLINA ET AL., *ante*, p. 1078; and

No. 05–7307. LEVON *v.* UNITED STATES, *ante*, p. 1053. Petitions for rehearing denied.

JANUARY 24, 2006

No. 05A660. HILL *v.* FLORIDA. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

No. 05–8780 (05A673). IN RE HILL. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

JANUARY 25, 2006

No. 05–8794 (05A676). HILL *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. Petitioner's brief to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, March 6, 2006. Respondents' brief to be filed with the Clerk and